UNITED STATES of America, Plaintiff—Appellee,

v.

Sonja CARTER, Defendant—Appellant.

No. 12–6130.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Sonja Carter, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonja Carter appeals the district court's order denying her motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We conclude that the district court properly determined that Carter was ineligible for a sentence reduction because her sentencing range was determined by her career offender designation. *See United States v. Munn,* 595 F.3d 183, 187 (4th Cir.2010). Accordingly, we

affirm for the reasons stated by the district court. *See United States v. Carter*, No. 3:07–cr–00383–JAG–1 (E.D.Va. Jan. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*